**Alice HOOTEN, Plaintiff in Error, v. J. A. HOOTEN, Defendant in Error.**

No. 5463.

Supreme Court of Texas.
June 10, 1931.

R. D. Allen, of Sulphur Springs, for plaintiff in error.

Dial & Brim, of Sulphur Springs, for defendant in error.

GREENWOOD, J.

The plaintiff in error presents the same questions we have determined adversely to her contentions in an opinion this day filed, John Cunningham v. Rozelle Cunningham et al., 40 S.W.(2d) 46. In accordance with the conclusions in that opinion, the judgment of the Court of Civil Appeals should be, and is, affirmed.

**S. I. ROBISON et al., Plaintiffs in Error, v. WHALEY FARM CORPORATION, Defendant in Error.**

Motion No. 9587; No. 5714.

Supreme Court of Texas.
June 24, 1931.

For former opinion, see 37 S.W.(2d) 714.

SHORT, C.

The plaintiffs in error have filed a motion for rehearing in this case, which has received our careful consideration and which we overrule. In doing so, however, we think it proper to say that the original opinion does not preclude the commissioners' court of Bowie county from instituting condemnation proceedings of the land for road purposes, provided only that it does so in the manner prescribed by statute. Neither does the original opinion preclude Bowie county, or those of its citizens interested in the subject-matter, from prosecuting a suit against the defendant in error, based upon the contention that Bowie county, and its citizens interested, have acquired by prescription all or any portion of the strip of land in controversy in this case at this time. The original opinion merely holds, on this subject, that the record does not affirmatively show that the trial judge, who tried the case without the aid of a jury, intended to hold, as a fact, that any portion of the land in controversy had been so acquired. Moreover, it further appears from the record that if the district judge had so intended to so hold, the pleadings were not sufficient to identify the strip of land so claimed to have been acquired by prescription.

**C. E. FLETCHER et al., Plaintiffs in Error, v. W. B. HOWARD et al., Defendants in Error.**

Motion No. 9626; No. 5725.

Supreme Court of Texas.
June 24, 1931.

For former opinion, see 39 S.W.(2d) 32.

SHORT, C.

The Attorney General of the state has filed a motion for rehearing on behalf of the defendants in error in this case. We have given this motion careful consideration, and believing that the original opinion is correct, we overrule the motion.

However, in view of the serious contention made that a certain portion, which we have italicized, of a certain paragraph in the opinion, restrains the highway commission of the state of Texas from locating and designating state highways within this state, which, of course, the Supreme Court could not do, and which another portion of the opinion expressly declares, we deem it proper to say that the language emphasized was used in view of the issues made by the pleadings, having reference only to the location of the original highway No. 4, and having no reference whatever to the new highway No. 4, as located and designated by the state highway commission. This paragraph, a portion of the language of which we have italicized, is as follows:

" 'The defendants who compose the Highway Commission likewise be restrained from appropriating any part of said proceeds towards the building and paving of any other roads than said highways Nos. 4 and 5 as they exist and did exist on and prior to December 21, 1927; further, *that they be restrained from changing the location of said highway No. 4 as it is and was designated and used on and prior to December 21, 1927.*' "